Form 144

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Timothy David Darr**
**Lacy Lynn Darr**
   Debtor(s)

Bankruptcy Case No.: 18−21421−TPA

Chapter: 7
Docket No.: 19

# NOTICE − REMINDER

   Pursuant to *Fed.R.Bankr.P. 5009(b),* notice is hereby given that the above−captioned case will be closed without an Order of Discharge unless a ***Certification of Completion of Instructional Course Concerning Personal Financial Management*** (**Official Form B423**) is filed within the applicable deadline set forth in *Fed.R.Bankr.P. 1007(c).* The deadline is as follows:

   ***CHAPTER 7 CASES*** − − *Fed.R.Bankr.P. 1007(c)* requires an individual debtor in a Chapter 7 case to file a statement regarding completion of a course in personal financial management within **60 days** after the first date set for the meeting of creditors under §341 of the Bankruptcy Code.

Dated: June 28, 2018

Michael R. Rhodes, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Timothy David Darr  
Lacy Lynn Darr  
      Debtors

Case No. 18-21421-TPA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: admin     Page 1 of 1     Date Rcvd: Jun 28, 2018  
                            Form ID: 144     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2018.  
db/jdb      +Timothy David Darr,   Lacy Lynn Darr,   42 Spring Run Road Ext,   Coraopolis, PA 15108-9043

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2018 at the address(es) listed below:  
        James   Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,  AS TRUSTEE (CWALT 2005-46CB) bkgroup@kmllawgroup.com  
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,  DMcKay@bernsteinlaw.com  
        Max C. Feldman    on behalf of Debtor Timothy David Darr mcfeldman@verizon.net  
        Max C. Feldman    on behalf of Joint Debtor Lacy Lynn Darr mcfeldman@verizon.net  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Rebecca   Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,  AS TRUSTEE (CWALT 2005-46CB) bkgroup@kmllawgroup.com  
        Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com  
                                                                                                                          TOTAL: 7