**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/12/18 2:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:  Timothy David Darr
      Lacy Lynn Darr
                    Debtor(s)

Bayview Loan Servicing as servicer for The Bank of New York Mellon FKA The Bank of New York, As Trustee for the Certificateholders of Cwalt, Inc., Alternative Loan Trust 2005-46CB, Mortgage Pass-Through Certificates, Series 2005-46CB,
                    Movant
                v.
Timothy David Darr
Lacy Lynn Darr
                    Respondent(s)
              and
Rosemary C. Crawford, Trustee
                    Additional Respondent

BK. NO. 18-21421 TPA

CHAPTER 7
Related to Docket # 14

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

    AND NOW, this 12th day of July, 2018, at Pittsburgh, upon Motion of BAYVIEW LOAN SERVICING AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-46CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-46CB, it is
    **ORDERED THAT:** The Motion is granted and the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 42 Spring Run Road Ext, Moon Township AKA Coraopolis, PA 15108 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge

djm

Timothy David Darr
42 Spring Run Road Ext
Coraopolis, PA 15108

Lacy Lynn Darr
42 Spring Run Road Ext
Coraopolis, PA 15108

Max C. Feldman Esq.
1322 Fifth Avenue (Via ECF)
Coraopolis, PA 15108
mcfeldman@verizon.net

Rosemary C. Crawford Esq.
P.O. Box 355 (VIA ECF)
Allison Park, PA 15101


KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 18-21421-TPA
Timothy David Darr                                                  Chapter 7
Lacy Lynn Darr
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: bsil            Page 1 of 1              Date Rcvd: Jul 12, 2018
                              Form ID: pdf900       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2018.
```
db/jdb         +Timothy David Darr,    Lacy Lynn Darr,   42 Spring Run Road Ext,   Coraopolis, PA 15108-9043
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2018 at the address(es) listed below:
```
              James   Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2005-46CB) bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Max C. Feldman    on behalf of Debtor Timothy David Darr mcfeldman@verizon.net
              Max C. Feldman    on behalf of Joint Debtor Lacy Lynn Darr mcfeldman@verizon.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebecca   Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2005-46CB) bkgroup@kmllawgroup.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
                                                                                             TOTAL: 7
```